IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION<br>              Plaintiff,<br>  v.<br>JAMES SLEDZ and DANIEL SLEDZ<br>              Defendants, | Case No. 11-cv-05873 |

**MOTION TO VACATE THE DISMISSAL,
REINSTATE CASE, AND ENTER JUDGMENT**

Now comes the Plaintiff, FIFTH THIRD BANK, NATIONAL ASSOCIATION, by and through its attorneys, Markoff Law LLC, and moves this Honorable Court vacate the Dismissal previously entered in this cause, reinstate the case, and enter judgment, and in support thereof states as follows:

1. Plaintiff filed suit in this cause against Defendants, JAMES SLEDZ and DANIEL SLEDZ. *See* Dkt. 1

2. Defendants appeared through counsel. [Dkt. 6]

3. On March 7, 2012, the parties submitted and this Court approved Stipulation and Agreed Order of Dismissal (hereinafter the "Stipulation") memorializing their intent to dismiss the action subject to an installment repayment plan. [Dkt. 11]

4. Paragraph G of the Stipulation provides, in pertinent part:

> *In the event that either of the Defendants defaults on his respective obligations under the Sledz Notes and/or the related loan documents in the future and fails to cure such default after notice as set forth therein, Fifth Third shall have the right to reopen and reinstate this case upon simple motion for purposes of entry of the applicable judgment against the applicable Defendant.*

*Id.*

5. Defendants subsequently defaulted on their repayment obligations as set forth in the Stipulation.

6. Under the terms of the Stipulation, Plaintiff now seeks exercise its right to reopen and reinstate this case for purposes of entry of Judgment against Defendants.

**WHEREFORE**, Plaintiff prays that this Honorable Court vacate the dismissal order previously entered, reinstate the case, and enter judgment in favor of Plaintiff, FIFTH THIRD BANK, NATIONAL ASSOCIATION, and against Defendants, JAMES SLEDZ and DANIEL SLEDZ, in the amount of $989,200.00 plus costs.

                  *Jennifer R. Friedman*
                  Attorney for Plaintiff

MARKOFF LAW LLC
Jennifer Friedman
Attorneys for Plaintiff – 6284814
29 N. Wacker Drive # 1010

Chicago, IL  60606
Tel. (312) 698-7300 - Fax.  (312) 698-7399
service@markofflaw.com
383307    MVDWJ / LSG

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**