**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FIFTH THIRD BANK, National Association<br>　　　　　　Plaintiff,<br>　　v.<br>JAMES SLEDZ and DAN SLEDZ,<br>　　　　　　Defendant(s),<br>　　and<br>FIRST MIDWEST BANK,<br>　　　　　　Citation-Respondent. | Case No. 11 CV 05873<br><br>Judge GETTLEMAN |

## MOTION FOR CONDITIONAL JUDGMENT

NOW COMES the Plaintiff, FIFTH THIRD BANK, NATIONAL ASSOCIATION, by and through its attorneys, MARKOFF LAW LLC, and as and for its Motion for entry of an Order of Conditional Judgment against Respondent FIRST MIDWEST BANK NA, Plaintiff states as follows:

　　1.　　On December 22, 2021, Plaintiff issued a Third Party Citation to Discover Assets to Respondent FIRST MIDWEST BANK NA, which was returnable at the offices of MARKOFF LAW, LLC on January 31, 2022 at 10:00 A.M. via ZOOM. *See* Exhibit "A" attached hereto.

　　2.　　The Citation was served on Respondent FIRST MIDWEST BANK NA on January 5, 2022 via Special Process Server. *See* Exhibit "B" attached hereto.

　　3.　　Respondent FIRST MIDWEST BANK NA failed to file an Answer to the Citation to Discover Assets in advance of the January 15, 2022 Return Date, and also failed to appear remotely via ZOOM on January 31, 2022 for the Citation Return Date, despite notice of same.

　　4.　　Illinois Statutes 735 ILCS 5/12-706(a) and 735 ILCS 5/2-1402(c) provide that when any individual or entity summoned as citation respondent fails to appear for and/or answer the citation, the court may enter a conditional judgment against the respondent for the amount due upon the judgment against the judgment debtor, and a Summons to Confirm the Conditional Judgment may issue and be served against the Respondent to show cause why the judgment should not be made final.

　　5.　　No just or valid reason exists for Respondent's failure to appear remotely via ZOOM at the January 31, 2022 Citation Return Date.

6. Plaintiff respectfully requests that this Court enter a *Conditional Judgment* against Respondent FIRST MIDWEST BANK NA in the amount of $1,061,407.84, which is the current Judgment Balance due from Judgment Debtors, including accrued and accruing interest and statutory court costs and expenses. *See* Exhibit "C" attached hereto.

7. Plaintiff further requests that this Court set the matter for a future Status Date thirty to forty-five (30-45) days after the entry of the *Conditional Judgment*, and enter/issue a *Summons to Confirm the Conditional Judgment* to be served upon Respondent FIRST MIDWEST BANK NA to show cause why the judgment should not be made final, and that such Summons be returnable that same date.

**WHEREFORE**, Plaintiff FIFTH THIRD BANK, NATIONAL ASSOCIATION respectfully requests that this Court enter an Order which:

i. GRANTS the instant Motion;

ii. Enters a *Conditional Judgment* against Respondent FIRST MIDWEST BANK NA in the amount of $1,061,407.84;

iii. Sets this matter for a future Status Date thirty to forty-five (30-45) days after the entry of the *Conditional Judgment*;

iv. Enters/Issues a *Summons to Confirm the Conditional Judgment* to be served against Respondent FIRST MIDWEST BANK NA to show cause why the judgment should not be made final, and that such *Summons* be returnable that same date; and,

v. Which grants all such further or other relief in favor of Plaintiff that this Court deems just and equitable.

/s/ *Douglas C. Giese*
Attorney for Plaintiff

MARKOFF LAW LLC
Douglas C. Giese (ARDC #6242975)
Attorneys for Plaintiff –
29 N. Wacker Drive # 1010
Chicago, IL 60606
Tel. (312) 698-7300 - Fax. (312) 698-7399
service@markofflaw.com

383307 MCCJ1A / CLD

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION<br>　　　　　　Plaintiff,<br>　　v.<br>JAMES SLEDZ<br>　　　　　　Defendant,<br>　　and<br>FIRST MIDWEST BANK NA<br>　　　　　　Respondent. | Case No. 11 CV 05873<br><br>Assigned to: Honorable Robert W. Gettleman |

### CITATION TO DISCOVER ASSETS TO A THIRD PARTY

To: FIRST MIDWEST BANK NA
　　300 PARK BOULEVARD, SUITE 400
　　ITASCA, IL 60143

YOU ARE COMMANDED to appear **REMOTELY VIA ZOOM** on JANUARY 31, 2022 at <u>10:00 A.M.</u> **at MARKOFF LAW LLC, 29 N. Wacker Drive, Chicago, IL 60606, ZOOM Meeting ID: 896 9491 5353, Password: 058262**, in compliance with this Citation to Discover Assets. In the event you have documents responsive to the attached Citation Rider, you may submit same in advance of the JANUARY 31, 2022 Date via **email to service@markofflaw.com and reference File #383307 in the Subject Line**. On that date, and at that time, arrangements will be made to schedule your Examination required by the Citation. **YOU ARE ADVISED THAT THESE PROCEEDINGS ARE SUBJECT TO BEING RECORDED AT THE OPTION OF COUNSEL FOR PLAINTIFF, AND BY APPEARING AT SUCH PROCEEDINGS, YOU CONSENT TO SUCH RECORDING.**

Judgment was entered on <u>05/17/2021</u> in this court under case number <u>11 CV 05873</u> in favor of Plaintiff(s), <u>FIFTH THIRD BANK, NATIONAL ASSOCIATION</u>, and against Defendants <u>JAMES SLEDZ in the sum of $995,900.00 and DAN SLEDZ in the sum of $993,200.00</u>. There is now due, less credits and setoffs, <u>the sum of $995,900.00 v. JAMES SLEDZ and the sum of $993,200.00 v. DAN SLEDZ, plus accrued and accruing statutory interest and costs remains due and owing</u> (Judgment Balance). Further sums may become due as costs and interest accrue.

<u>Your answer will inform the Court as to property you may hold belonging to JAMES SLEDZ and DAN SLEDZ. You are also to provide any routing and bank account number(s) you may have of the Defendant's.</u>

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from enforcement of a judgment, a deduction order or garnishment, property belonging to the judgment debtor or to which s/he may be entitled or which may thereafter be acquired by or become due to him/her, and from paying over or otherwise disposing of any monies not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due to the judgment creditor.

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consist solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f) (1).

WARNING: IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109) the undersigned certifies that the judgment was entered on 05/17/2021 in the U.S. District Court for the Northern District Illinois – Eastern Division, under Case No. 11 CV 05873 against Defendants JAMES SLEDZ in the sum of $995,900.00 and DAN SLEDZ in the sum of $993,200.00. There is now due, less credits and setoffs, the sum of $995,900.00 v. JAMES SLEDZ and the sum of $993,200.00 v. DAN SLEDZ, plus accrued and accruing statutory interest and costs remains due and owing (Judgment Balance). Further sums may become due as costs and interest accrue.

| | | |
|---|---|---|
| MARKOFF LAW LLC<br>Douglas C. Giese<br>Attorneys for Plaintiff –<br>29 N. Wacker Drive # 1010<br>Chicago, IL 60606<br>Tel. (312) 698-7300 - Fax. (312) 698-7399<br>service@markofflaw.com | 383307　CIA1A / CLD | Signature:/s/ *Douglas C. Giese* |

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

December 22, 2021
_____
DATE

ANSWER OF THIRD PARTY RESPONDENT CITATION
This first section must be filled out by the judgment creditor.

Citation/Respondent: FIRST MIDWEST BANK NA                              Court Date: JANUARY 31, 2022
Defendant's Name: JAMES SLEDZ                                          Case No: 11 CV 05873

Judgment Balance: $1,046,240.70
This is a Citation: Freeze up to double the Judgment Balance.

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☐ No
   If No, please specify, then go to Instructions ☐ No account(s) located ☐ Account(s) closed (please provide date(s) of closure): _____
   IF THE ANSWER IS "YES" GO TO NEXT QUESTION.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No
   IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No
   IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT
   DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.

4.                                             ACCOUNT BALANCE          AMOUNT WITHHELD
   - A) Savings Account  $ _____  $ _____
   - B) Check/MMA/Now Account  $ _____  $ _____
   - C) Certificate of Deposit  $ _____  $ _____
   - D) Trust Account/ Other (Describe) _____  $ _____  $ _____
   - E) Safety Deposit ☐ Yes ☐ No
   - F) Land Trust No. _____
   - G) Less Right of Offset for Loans  $ _____
   If Accounts closed, date of closure: _____   TOTAL AMOUNT FROZEN: $ _____

5. List all electronic deposits into account(s) and their source(s):

   | Account Number | Source | Monthly Amount |
   |---|---|---|
   |  |  | $ |
   |  |  | $ |
   |  |  | $ |

6. List all joint account holders or adverse claimants:

   | Name: _____ | Name: _____ | Name: _____ |
   |---|---|---|
   | Address _____ | Address _____ | Address _____ |
   | Account Type ☐ Checking ☐ CD Savings | Account Type ☐ Checking ☐ CD Savings | Account Type ☐ Checking ☐ CD Savings |
   | ☐Account Number _____ | ☐Account Number _____ | ☐Account Number _____ |

## INSTRUCTIONS
(1.) Fill out and sign the certification below. (2.) This answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court (ii) Plaintiff's attorney and (iii) Judgment Debtor. Please mail to the Clerk of the Circuit Court at , 219 South Dearborn Street, Chicago, IL 60604 (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

## CERTIFICATION
Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: _____   Print Agent Name: _____
Respondent Name: _____
Address: _____   Signature of Agent: _____
Telephone: _____
FAX: _____

383307   CIB1A / CLD

## "EXHIBIT A"
## CITATION RIDER

You are commanded to produce and bring for examination copies of all books and records relating to the income or assets of the Judgment Debtor, including but not limited to, the following:

1) Any and all information regarding all bank, money or other financial accounts, including but not limited to, bank statements and check ledgers, in the name of Judgment Debtor, or Judgment Debtor entity, and/or its officers and/or directors, along with such information for any of Judgment Debtor entities' subsidiaries, successors or other related entities. For all such information, provide the name of the accounts, account numbers, amount of money currently held in each account and monthly statements for each said account for the twelve (12) months preceding the hearing date of this Citation, copies of checks deposited into the account(s) for the last three (3) months or origin of financial institution if payment(s) / deposit(s) were made electronically.
2) Copies of all partnership agreements, member/manager agreements, and/or operating agreements related to the Judgment Debtor or Judgment Debtor entity,
3) Copies of all Trust or Trustee's Deeds, Warranty Deeds, Quit Claim Deeds or any other deeds for any real property bought, sold, quit claimed or otherwise conveyed in the last four (4) years by the Judgment Debtor or Judgment Debtor entity,
4) All information regarding any and all real property held, bought, sold, transferred, exchanged, leased, deeded or otherwise acquired, lost or otherwise maintained by, or on behalf of, in which the Judgment Debtor or Judgment Debtor entity has or had a beneficial interest, for the past four (4) years,
5) Copies of any and all corporate minute books for the Judgment Debtor entity,
6) Copies of all documents incorporating Judgment Debtor entity and all documents filed thereafter with the Secretary of State or other such administrative body changing any officer or agent,
7) Copies of any and all of the Judgment Debtor entities monthly, quarterly or annual financial reports (i.e., Profit & Loss, Sales Projections) for the previous twelve (12) months preceding the hearing date of this Citation,
8) Copies of all state and local tax returns filed for the preceding two (2) years and copies of any and all tax refund checks received by the Judgment Debtor or Judgment Debtor entity,
9) Any and all information regarding any and all stocks, funds, bonds, securities and/or other investments or other assets held, gained, sold or lost by Judgment Debtor or Judgment Debtor entity in any way, for the past three (3) years,
10) Copies of all vehicle titles for all automobiles, motorcycles, all terrain vehicles, trucks, trailers, boats, wheeled warehouse vehicles or other vehicles owned by Judgment Debtor or Judgment Debtor entity, its subsidiaries and successors,
11) For all such property identified in Number 4 herein, provide any and all information related to any and profits, losses, gains, offsets, taxes paid or credited, along with any and all other tax or other related financial consequences, resulting from the sale, gain, purchase or ownership of such property; further, identify where all such property is located and how and in what ways such property is currently being used and how such property has been used for the past three (3) years,
12) Any and all information regarding any and all loan documents related to Judgment Debtor or Judgment Debtor entity, including any and all documents related to receipts or disbursements of money related to such loans, for the past three (3) years,
13) A list of all physical assets (i.e. computers, machinery, tools, jewelry, etc.) not in the nature of real estate, regardless of their present location,
14) A list of all Accounts Receivable including the balance due, the name of the Account, the address, all contact information and all underlying documentation evidencing the debt, including but not limited to, the Bills of Sale, Purchase Orders, Bills of Lading, Deliver Receipts, Credit Memos or other indicia of the transaction(s),
15) Copies of all credit card statements for Judgment Debtor or Judgment Debtor entity, and each and every corporate cardholder authorized to use said account(s).

383307 CIB1A / CLD

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION<br>         Plaintiff(s),<br>   v.<br>JAMES SLEDZ<br>         Defendant(s),<br>   and<br>FIRST MIDWEST BANK NA<br>         Respondent. | Case No. 11 CV 05873<br><br>Assigned to: Honorable Robert W. Gettleman<br><br>Return Date: JANUARY 31, 2022<br>Time: 10:00 AM |

## CITATION NOTICE

| | |
|---|---|
| Judgment Debtor's last known: | Court's Address |
| JAMES SLEDZ<br>773 HANLEY DRIVE<br>ANTIOCH, IL 60002-8892<br><br>DAN SLEDZ<br>2797 CHARTER OAK DR<br>AURORA, IL 60502-7406 | 219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 |

A Judgment was entered on 05/17/2021 on 05/17/2021 in the U.S. District Court for the Northern District Illinois – Eastern Division, under Case No. 11 CV 05873 in favor of FIFTH THIRD BANK, NATIONAL ASSOCIATION and against Defendants JAMES SLEDZ in the sum of $995,900.00 and DAN SLEDZ in the sum of $993,200.00. There is now due, less credits and setoffs, the sum of $995,900.00 v. JAMES SLEDZ and the sum of $993,200.00 v. DAN SLEDZ, plus accrued and accruing statutory interest and costs remains due and owing (Judgment Balance). Further sums may become due as costs and interest accrue.

Attorney for Judgment Creditor:

MARKOFF LAW LLC
Douglas C. Giese
Attorneys for Plaintiff –
29 N. Wacker Drive # 1010
Chicago, IL 60606
Tel. (312) 698-7300 - Fax. (312) 698-7399
service@markofflaw.com

Name of party receiving citation: FIRST MIDWEST BANK NA

NOTICE: The court has issued a citation against the party named above. The citation directs that party to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR, WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

383307    CIB1A / CLD

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;
(9) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(10) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.
(11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.
(12) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois is Minimum hourly wage, whichever is greater.
(13) Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.
The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the Circuit Court in , 219 South Dearborn Street, Chicago, IL 60604. When so notified, the Clerk of the Circuit Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing. This notice may be sent by regular first class mail.

/s/ *Douglas C. Giese*
Preparer's Signature

MARKOFF LAW LLC
Douglas C. Giese
Attorneys for Plaintiff –
29 N. Wacker Drive # 1010
Chicago, IL  60606
Tel. (312) 698-7300 - Fax.  (312) 698-7399
service@markofflaw.com


383307   CIB1A / CLD

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Fifth Third Bank, National Association**
Plaintiff(s),

Case No.: **2011 CV 05873**

**AFFIDAVIT OF SERVICE**

vs.

**James Sledz, et al.**
Defendant(s),

I, **Daniel J Choate**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Citation To Discover Assets to a Third Party and Citation Notice**

Defendant to be served: **First Midwest Bank NA**

Address where served: **8750 West Bryn Mawr Avenue, Suite 1300, Chicago, IL 60631**

On **January 05, 2022** at **4:50 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Robin Haggerty**, (Title) **Supervisor**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **Black** - Hair: **Black/Gray** - Height: **6ft 4in** - Weight: **210**

Comments: Signature obtained on field sheet

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X_____
Daniel J Choate

State of _Illinois_
County of _Kendall_

Subscribed and Sworn to before me on this _6_ day of _January_, 20_22_.

_____
Signature of Notary Public

OFFICIAL SEAL
ANTHONY W ROSCOE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/07/2025

Job: 578214
File: 383307

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, National Association<br>　　　　　　　Plaintiff,<br>　　　v.<br>JAMES SLEDZ and DAN SLEDZ,<br>　　　　　　　Defendant(s),<br>　　　and<br>FIRST MIDWEST BANK,<br>　　　　　　　Citation-Respondent. | Case No. 11 CV 05873<br><br>Judge GETTLEMAN |

ORDER

This cause coming to be heard on the return of a served Third Party Citation to Discover Assets as to Respondent, FIRST MIDWEST BANK. The Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. A Conditional Judgment is entered against the Respondent, FIRST MIDWEST BANK, in favor of Defendants JAMES SLEDZ and DAN SLEDZ, for the use of Plaintiff, FIFTH THIRD BANK, NATIONAL ASSOCIATION, in the sum of $1,061,407.84 plus Costs.

ENTERED:

DATED:_____, 20_____

_____
Judge

MARKOFF LAW LLC
Robert G. Markoff
Douglas C. Giese
Attorneys for Plaintiff –
29 N. Wacker Drive # 1010
Chicago, IL  60606
Tel. (312) 698-7300 - Fax.  (312) 698-7399
service@markofflaw.com

383307   COCJ \ CLD